## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                  Criminal No. 05-294 (JRT/AJB)

      Plaintiff,

v.                                                     **ORDER**

TOMMIE PERRIS CRAWFORD,

      Defendant.

    Andrew R. Winter and Michael Dees, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for the plaintiff.

    Nancy R. Vanderheider, **VANDERHEIDER LAW OFFICE**, Post Office Box 270742, White Bear Lake, Minnesota 55127, for defendant.

    Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 25, 2005, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that defendant Tommie Perris Crawford's Motion to Suppress Physical Evidence Obtained as a Result of any Illegal Search, Seizures, or Identification Procedures is **DENIED** [Docket No. 16].

Dated: December 2, 2005
at Minneapolis, Minnesota.

                                                                            s/John R. Tunheim
                                                                          JOHN R. TUNHEIM
                                                               United States District Judge